Form ntcdsm (02/2009)

# UNITED STATES BANKRUPTCY COURT
Western District of Washington
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402

In Re:

Franciscan Health Systems (et al)
aka Pierce County Superior Court
#09–2–06127–6

Michelle M Garzon

Debtor(s).

Case Number: 09–47679–PBS
Chapter: 7

## NOTICE OF DISMISSAL

Notice is hereby given that an Order of Dismissal was entered in the above referenced case on **October 23, 2009 for Franciscan Health Systems (et al), Debtor and N/A Michelle M Garzon, Joint Debtor.** Any unpaid fees in a dismissed case are due and owing to the Clerk of the Bankruptcy Court.

Dated: October 23, 2009

Mark L. Hatcher
Clerk, U.S. Bankruptcy Court

By: /s/ Terri Russo
Deputy Clerk